**Timothy C. Springer, Esq.** #207229
Nancy D. Klepac, Esq. #253896
LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. West, Suite 102
Fresno, CA 93705
Telephone: (559) 225-3622
Email: lawoffice@tspringerlawoffice.com
Attorney for Debtors
Manuel Ybarra
Hortense Sally Ybarra

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>**MANUEL YBARRA**<br>**HORTENSE SALLY YBARRA**<br><br>Debtors. | Case No. 24-10314-B-13<br>Docket Control No: TCS - 2<br>CHAPTER 13<br><br>**APPLICATION FOR AUTHORIZATION TO INCUR DEBT**<br><br>Hearing date and Time:<br>Date: July 29, 2026<br>Time: 9:30 AM<br>Dept: B<br>Ctrm: 13(5th Floor)<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno, California 93721-1318<br>Judge Rene' Lastreto II |

1) The Debtors, Manuel Ybarra and Hortense Sally Ybarra, (hereinafter referred to as "Debtors"), hereby apply to this Court for authorization to incur new debt in the amount of $25,502.25 to purchase a 2024 Chevy Malibu. In support of this Application, the Debtors state the following:

2) The Debtors commenced this case on February 10, 2024 by filing the above-numbered voluntary petition for relief under Chapter 13 of Title 11, United States Code.

3) Debtors Chapter 13 Plan was confirmed on April 25. 2024.

4) The Debtors are current on their plan payments.

5) The Debtors are seeking authorization to incur new debt in the amount of $25,502.25 to purchase a 2024 Chevy Malibu.

6) The Debtors were using their son's car along with their car to ensure both Debtors got to all of their medical appointments.

7) After their son's vehicle was repossessed the Debtors have been struggling to get the care they need and realized they needed to purchase a second vehicle.

8) The Debtors' Plan proposes a 3% distribution to their unsecured creditors and their distribution shall not be reduced by the grant of this motion.

9) The new debt is being financed over 75 months with a 17% APR.

10) The Debtors have already been approved for this loan and EXHIBIT A is a true and correct copy of the purchase breakdown.

11) The debt would be repaid outside of the Chapter 13 Plan in the amount of $554.26 per month.

12) The Debtors are filing Amended Schedules I and J demonstrating their ability to pay both the new debt and their plan payment. A true and correct copy of Amended Schedules I and J are attached herewith as EXHIBIT B.

13) The only security for the new debt will be the Debtors' new vehicle.

14) For all the reasons set out above, the Debtors believe that the granting of this motion will not materially or adversely affect the interests of any creditor or the Debtors' prospects for successful completion of the chapter 13 plan in this case.

15) WHEREFORE, the Debtors respectfully request this honorable Court grant authorization to incur new debt in the amount of $25,502.25 to purchase a 2024 Chevy Malibu and further relief as is just and proper.

Date: July 14, 2026

Law Offices of Timothy C. Springer

By Nancy Klepac, Esq
Attorneys for Debtors